UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Isaac Rogel Landaverde,<br><br>                    Plaintiff,<br><br>    -against-<br><br>Kenneth Genalo, et al.,<br><br>                    Defendants. | 25-CV-9330 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of petitioner's motion for a temporary restraining order. Dkt. 2. The motion is GRANTED as follows:

  1. Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York absent this Court's prior approval;

  2. Respondents should respond to the motion for a temporary restraining order on or before November 12, 2025 at 5 pm. Petitioner may file a reply on or before November 14, 2025 at 5 pm. The parties should address in their briefing the applicability of this Court's decision in *J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025).

    SO ORDERED.

Dated: November 7, 2025
       New York, New York

                                                ARUN SUBRAMANIAN
                                                United States District Judge