UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaac Rogel Landaverde,

                Plaintiff,

-against-

Kenneth Genalo, et al.,

                Defendants.

25-CV-9330 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of petitioner's motion for a temporary restraining order. Dkt. 2. The motion is GRANTED as follows:

  1. Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York absent this Court's prior approval;

  2. Respondents should respond to the motion for a temporary restraining order on or before November 12, 2025 at 5 pm. Petitioner may file a reply on or before November 14, 2025 at 5 pm. The parties should address in their briefing the applicability of this Court's decision in *J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025).

      SO ORDERED.

Dated: November 10, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge