UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaac Rogel Landaverde,

                Petitioner,

-against-

Kenneth Genalo et al.,

                Defendant.

25-cv-9330 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The petition for habeas corpus relief, Dkt. 1, is GRANTED in part. Respondents acknowledge that this Court's decision in *J.G.O. v. Francis*, 2025 WL 3041042 (S.D.N.Y. Oct. 28, 2025) "would control the result in this case." Dkt. 10 at 5. As they also correctly point out, however, this doesn't mean that petitioner is entitled to an immediate release. Instead, petitioner would be subject to detention under 8 U.S.C. § 1226(a), but he would be able to seek a bond hearing before an Immigration Judge to determine whether he presents a danger to others or risk of flight.

For these reasons, on or before November 20, 2025, petitioner should be furnished for an individualized bond hearing before an Immigration Judge to assess his danger to others or risk of flight. See Dkt. 10 at 6. This hearing should <u>not</u> be based on the BIA's decision in *In re Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025) (holding that individuals in petitioner's position are subject to mandatory detention).

The parties should report to the Court on the status of petitioner's detention on or before **November 23, 2025** and whether any further relief is sought on the petition.

SO ORDERED.

Dated: November 20, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge