UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Isaac Rogel Landaverde, | |
|---|---|
| Petitioner, | |
| -against- | 25-CV-9330 (AS) |
| Kenneth Genalo, et al., | ORDER |
| Respondents. | |

ARUN SUBRAMANIAN, United States District Judge:

    To clarify the Court's prior order, Dkt. 13, the deadline to submit the record from the IJ's hearing is **December 2, 2025**.

    SO ORDERED.

Dated: November 25, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge