UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Isaac Rogel Landaverde,<br><br>　　　　　　　　　Petitioner,<br><br>　　-against-<br><br>Kenneth Genalo, et al.,<br><br>　　　　　　　　　Respondents. | 25-CV-9330 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　The Court previously ordered that petitioner be granted a bond hearing. Dkt 11. Respondents informed the Court that the hearing was held and that the Immigration Judge denied the request for release. Dkt. 13. Counsel for petitioner then indicated that he intended to brief the Court on any constitutional deficiencies in the hearing conducted by the IJ by December 8, 2025. *Id.* The Court approved that timeline. *Id.* As of December 10, 2025 no further briefing has been filed. Petitioner is instructed to inform the Court by **December 12, 2025** whether he continues to intend to challenge the hearing.

　　　SO ORDERED.

Dated: December 10, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge