# MUSA-OBREGON LAW, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
S. MICHAEL MUSA-OBREGON, ESQ.
PETER KAPITONOV, ESQ. * admitted in NY/NJ
KARL J. ASHANTI, ESQ.
SAMI EL CHERIF, ESQ.
WWW.MUSA-OBREGON.COM
molawfirm@gmail.com

**\*REPLY TO MASPETH OFFICE**

| | |
|---|---|
| **MASPETH OFFICE\*** | **WHITE PLAINS OFFICE** |
| 55-21 69TH ST., 2nd FL | 140 GRAND STREET, STE. 307 |
| MASPETH, N.Y. 11378 | WHITE PLAINS, N.Y. 10601 |
| TEL (718) 803-1000 | TEL (914) 380-1476 |

December 17, 2025

By ECF

Honorable Arun Subramanian
United States District Judge
Southern District of New York
40 Foley Square
New York, NY

DENIED. The conference, which will be conducted telephonically, will proceed as scheduled at 3:00 PM today.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 19, 2025

Re: Rogel Landaverde v. Genalo, et al., No. 25-cv-09330 (Subramanian, J.)

Dear Judge Subramanian,

Because of a serious health issue today, I must regrettably and respectfully request a brief one-day postponement of today's conference. I will not be physically able to participate today.

Because of the importance of this case, I am also available every single day next week and thereafter, except December 25th.

I am grateful that the Court has allowed my client an opportunity to elaborate on the recent issues we presented before the Court.

I thank the Court for its kind attention.

Sincerely,

s/ S. Michael Musa-Obregon
 S. Michael Musa-Obregon, Esq.