UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rogel Landaverde,<br><br>                              Petitioner,<br><br>       -against-<br><br>Kenneth Genalo et al.,<br><br>                              Respondents. | 25-CV-9330 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   As discussed at today's hearing, Respondents will provide to Petitioner and to the Court the administrative file with the documents relevant to Petitioner's arrest and detention as soon as possible. Petitioner may submit a brief detailing the relevant facts, law, and appropriate remedy by **December 22, 2025 at 5:00 PM**. Respondents may file a response by **December 23, 2025**. That response should be along the terms described at today's hearing and also clarify whether the reason for Landaverde's detention was because of a shift in policy to view § 1225 as applicable rather than § 1226.

       SO ORDERED.

Dated:  December 19, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge