UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaac Rogel Landaverde,

                Petitioner,

      -against-

Kenneth Genalo et al.,

               Respondents.

25-CV-9330 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court requests the parties to address certain issues raised by the Government's submission to the Court. The Government represents that Petitioner was detained subject to 8 U.S.C. § 1225(b)(2). But it has furnished the Court and Petitioner with a "Notice of Custody Determination" made pursuant to § 1226. In light of that, the Court orders as follows:

1. Respondents are directed to file a letter on the docket by **January 6, 2026** that answers the following questions:
    a. Was Petitioner detained pursuant to § 1225(b)(2) or pursuant to § 1226(a)?
    b. Why was Petitioner detained?
    c. Was an initial custody determination made by the Government pursuant to § 1226? Why, if Petitioner was detained under § 1225(b)(2)?
    d. Under the procedures applicable under a § 1226(a) detention, what process is the detainee due by statute and by regulation? Did Petitioner receive this process?
    e. Given the Court's conclusion that § 1226(a), and not § 1225(b)(2), governs Petitioner's detention, why would release from detention be an improper remedy, in light of the contrary holding of cases like *Tumba Huamani v. Francis*, 2025 WL 3079014, at *8 (S.D.N.Y. Nov. 4, 2025)?

2. Petitioner is directed to file a response by **January 8, 2026**.

    SO ORDERED.

Dated: December 29, 2025
       New York, New York

                                  ARUN SUBRAMANIAN
                                  United States District Judge