UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Isaac Rogel Landaverde<br><br>                              Petitioner,<br><br>       -against-<br><br>Kenneth Genalo, et al.,<br><br>                              Respondents. | 25-CV-9330 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Petitioner is ordered RELEASED from immigration custody within 24 hours. In its briefing to the Court, the Government has conceded that petitioner was detained under 8 U.S.C. § 1225(b)(2) and didn't receive the process that would have been due under 8 U.S.C. § 1226(a). Dkt. 39. The Court previously concluded that § 1226(a) governs petitioner's detention. The Government has conceded that "given the Court's conclusion that § 1226(a) governs Petitioner's detention … the Court could have fashioned a habeas remedy that directed immediate release." *Id.* Petitioner's original habeas petition didn't request immediate release, but since then petitioner has filed a series of letters asking for immediate release. Dkts. 28, 31, 40, 41. The Government may be right that the Court cannot grant habeas relief again on the same petition, *see Molina Posadas v. Shanahan*, 2016 WL 146556, at *1 (S.D.N.Y. Jan. 12, 2016), but the Court construes petitioner's repeated subsequent filings (that ask for different, unique relief) as an amended or new petition and so GRANTS petitioner's request for release.

      The Court notes that its holding pertains only to the process due to petitioner, and not to the lawfulness of detention under § 1226(a) if the appropriate process is given. That is to say, the Court's decision does not foreclose respondents from enforcing § 1226(a), and re-arresting petitioner to determine whether he should be further detained, following the requirements of § 1226(a) and its underlying regulations.

      SO ORDERED.

Dated: January 12, 2026
       New York, New York

                                                   ARUN SUBRAMANIAN
                                                   United States District Judge