UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isaac Rogel Landaverde,

                              Petitioner,

        -against-

Kenneth Genalo et al.,

                              Respondents.

25-CV-9330 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.


SO ORDERED.

Dated: April 17, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge