**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ISAAC ROGEL LANDAVERDE,

                           Petitioner,                    25 **CIVIL** 9330 (AS)

        -against-                               **JUDGMENT**

KENNETH GENALO, ET AL.,

                           Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated January 12, 2026 and April 17, 2026, Petition for a writ of habeas corpus is GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
        April 20, 2026

                                    **TAMMI M. HELLWIG**

                                      **Clerk of Court**

               **BY:**

                                    **Deputy Clerk**